IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELSA ANCHONDO,
on behalf of herself and all others
similarly situated,

      Plaintiff,      No. 08-CV-202 RB/WPL

v.

ANDERSON, CRENSHAW
& ASSOCIATES LLC,

      Defendant.

## NOTICE OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

Plaintiff Elsa Anchondo, through her counsel, gives notice that she has provided supplemental declarations (attached) concerning additional attorney fees and costs accrued in this lawsuit through today. Thus, provided that no additional work is needed on this lawsuit (including that no time is needed to appear at the fairness hearing), the total that Ms. Anchondo seeks for an award of attorney fees and costs is $78,144.03 ($73,043 in attorney fees + $2,436.55 in gross receipts tax + $1,664.48 in costs).

Respectfully submitted,

FEFERMAN WARREN & TREINEN PA

_____
ROB TREINEN
300 Central Ave. SW, Suite 2000 West
Albuquerque, New Mexico 87102
(505) 243-7773
(505) 243-6663 (fax)

HORWITZ, HORWITZ & ASSOCIATES
O. RANDOLPH BRAGG
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (fax)

ATTORNEYS FOR PLAINTIFF AND THE CLASS


I CERTIFY that I served the foregoing pleading by mailing a copy to Steven R. Dunn, attorney for Defendant Anderson, Crenshaw & Associates LLC, at North Central Plaza III, Suite 250, 12801 North Central Expressway, Dallas, Texas 75243; and to Douglas G. Schneebeck, attorney for Defendant Anderson, Crenshaw & Associates LLC, at Modrall Sperling Roehl Harris & Sisk PA, 500 4th St. NW, Suite 1000, Albuquerque, New Mexico 87102, on December 10, 2009.

ROB TREINEN