O. Randolph Bragg (Ill. Bar # 6221983)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673 (Fax)
rand@horwitzlaw.com

**ATTORNEYS FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELSA ANCHONDO,
on behalf of herself and all others
similarly situated,

      Plaintiff,        No. 08-CV-202 RB/WPL

v.

ANDERSON, CRENSHAW
& ASSOCIATES LLC,

      Defendant.

**SUPPLEMENTAL DECLARATION OF O. RANDOLPH BRAGG
IN SUPPORT OF PLAINTIFF'S MOTION
FOR AN AWARD OF COSTS AND ATTORNEY FEES**

   I, O. Randolph Bragg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1

1.  I am one of the attorneys representing Plaintiffs Elsa Anchondo in this litigation.

2.  I expended a total of 2.4 hours in this matter since October 31, 2009, the last entry in my previous Declaration. Docket #79. My resulting total time is 81.2 hours. My contemporaneously kept records reflecting my services in this litigation since my earlier submission are attached hereto as <u>Exhibit 1</u>.

3.  My paralegal Shannon Carter expended a total of 0.2 hours in this matter since October 31, 2009, the last entry my previous declaration. Docket #79. Ms. Carter's resulting total is 0.4 hours. Her contemporaneously kept records reflecting her services in this litigation since my earlier submission are attached hereto as <u>Exhibit 1</u>.

4   A reasonable hourly rate for my services if $465.00 per hour. See: <u>Palmer v. Far West Collection Services, Inc.</u>, 2008 WL 5397140 (N.D. Cal., Dec. 18, 2008); <u>Campos v. Western Dental Serv. Inc.</u>, 2007 WL 2050976, *1 (N.D.Cal., July 13, 2007) ("The court further finds that . . . $465 an hour for Mr. Bragg are reasonable rates for attorneys with their equivalent years of experience."); <u>Carroll v. United Compucred Collections, Inc.</u>, 2008 WL 3001595 (M.D.Tenn., July 31, 2008) (awarding Mr. Bragg attorneys fees at $450/hr.);

5.  The lodestar calculation of supplemental attorneys' fees for my additional time claimed in this case is $1,116.00 (2.4 hours x $465/hour = $1,116.00)

6.  The lodestar calculation of supplemental attorneys' fees for Ms. Carter's additional time claimed in this case is $23.00 (0.2 hours x $115/hour = $23.00).

7. I claim no supplemental expenses in this matter.

8. For the time expended on this litigation since the last entry in my previous Declaration, I request supplemental attorney fees for myself and my paralegal in the amount of $1,139.00.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Rand | 2.4 | $465 | $1116 |
| Shannon | 0.2 | $115 | $23 |

TOTALS: Total Hours:2.6 / Total Dollar Amount: $1,139.00
Total Expenses: $0

9. I am a custodian of records concerning the time and expense records of my cases.

10. My firm's time and expense records are retained in electronic form via contemporaneous recordings of each entry.

11. These time and cost records are retained as a regular part of my firm's business practices.

12. My firm and I rely on time and expense records retained by the firm to keep track of the firm's accounts receivable and other business matters.

13. The time record that is attached to this Declaration, as well as the time and expense records that were attached to the prior Declaration to which this Declaration is a supplement, represents my firm's time and expense record for this lawsuit Anchondo v. Anderson, Crenshaw & Associates, No. 08-cv-202 (D. N.M.).

14. Combining the information contained in this Declaration as well as my previous Declaration, for the time expended on this litigation since my first involvement herein I request attorney fees totaling $37,577.00 and expenses totaling $773.70, for a grand total of $39,350.70.

15. These time and cost records contain accurate and reliable information.

16. These requested attorney fees and expenses were reasonable and necessary to litigation in this matter.

Executed at Chicago, Illinois, on December 8, 2009.

                                         s/ O. Randolph Bragg
                                         O. Randolph Bragg

**Note By Anchondo 11-09**

| | Date | Time | Rate | Rate Total |
|---|---|---|---|---|
| RAND | 11/04/2009 | 0.2 | $465.00 | $93.00 |

review filing of attorneys fees motion and briefing

| | | | | |
|---|---|---|---|---|
| RAND | 11/23/2009 | 0.8 | $465.00 | $372.00 |

review Defendant's Response, Declaration, and Memorandum in Opposition to our attorneys fees motion

| | | | | |
|---|---|---|---|---|
| RAND | 11/24/2009 | 0.2 | $465.00 | $93.00 |

emails from/to Rob Treinan re preparation of our Reply brief re attorneys fees

| | | | | |
|---|---|---|---|---|
| RAND | 12/02/2009 | 0.1 | $465.00 | $46.50 |

review email from the Court re hearing and responses of counsel

| | | | | |
|---|---|---|---|---|
| RAND | 12/03/2009 | 1.1 | $465.00 | $511.50 |

review, research, and revise draft of our Reply Brief for attorneys fees

| | | | | |
|---|---|---|---|---|
| SHANNON | 12/03/2009 | 0.2 | $115.00 | $23.00 |

Prepare Supplemental Attorneys Costs & Fees Reports for Supplemental Declaration

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Rand | 2.4 | 465.00 | $1116 |
| Shannon | 0.2 | 115.00 | $23 |

TOTALS: Total Hours: 2.6/ Total Dollar Amount: $1139.00

EXHIBIT 1