IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELSA ANCHONDO,
on behalf of herself and all others
similarly situated,

              Plaintiff,              No. 08-CV-202 RB/WPL

v.

ANDERSON, CRENSHAW
& ASSOCIATES LLC,

              Defendant.

## SUPPLEMENTAL DECLARATION OF ROB TREINEN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

I, Rob Treinen, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am a partner with the four lawyer firm, Feferman Treinen & Warren PA, of Albuquerque, New Mexico, that represents Plaintiff Elsa Anchondo and the class, along with O. Randolph Bragg of Horwitz, Horwitz & Associates, of Chicago, Illinois.

2. I provide this declaration in supplement to an earlier declaration that I provided concerning Plaintiff's motion for award of attorney fees and costs in this lawsuit.

3. Since the date of my last entry on the time and cost record that I earlier provided, I have expended a total of 15.1 additional hours in this lawsuit. I have attached to this declaration my firm's time and cost record that shows this additional time.

4. These time entries were recorded contemporaneously.

5. I seek a $195 hourly rate for this attorney time. I refer the Court to the briefing in this matter and to my earlier declaration for proof and legal support for the reasonableness of

this hourly rate.

6. The lodestar calculation for my additional time is $2,944.50 (15.1 hours x $195 hourly rate).

7. My firm seeks the gross receipt taxes on these fees in the amount of $201.87. I refer the Court to the briefing in this matter and to my earlier declaration for proof and legal support for the reasonableness of these taxes.

8. My firm also seeks $39.15 in supplemental costs, as reflected in the time and cost record that is attached to this declaration. I refer the Court to the briefing in this matter and to my earlier declaration for proof and legal support for the reasonableness of these costs.

9. I am a custodian of records concerning my firm's time and cost records.

10. My firm's time and cost records are retained in electronic format, through the use of time-keeping software, via contemporaneous recordings of the entries.

11. These time and cost records are retained by my firm as a regular and customary part of the firm's business practices.

12. My firm and myself rely on the time and cost records retained by the firm to keep track of the firm's accounts receivable and other business matters.

13. My firm and myself find that these time and cost records contain accurate and reliable information.

14. The time and cost record that is attached to this declaration, as well as the time and expense record that is attached to prior declaration to which this declaration is a supplement, represents my firm's time and cost record for this lawsuit: *Anchondo v. Anderson, Crenshaw & Associates LLC*, No. 08-CV-202 (D. N.M.).

15. All the entries on the attached time and cost record were reasonably necessary to bring this lawsuit to a conclusion.

16. Combining the information contained in this declaration (and the attached time and cost record) with the information contained in my prior declaration in this matter (and the time and cost record attached to that declaration), the total attorney fees and costs that my firm is seeking in this lawsuit is $38,793.33 ($35,466 in attorney fees + $2,436.55 in gross receipts tax + $890.78 in costs).

Executed in Albuquerque, New Mexico, on December 10, 2009.

_____
ROB TREINEN

Feferman Warren & Treinen, P.A.
300 Central Avenue SW
Suite 2000 West
Albuquerque NM 87102
(505) 243-7773

|  |  |
|---|---|
| Elsa Anchondo | Page: 1 |
| Rio Rancho NM 87124 | 12/10/2009 |
|  | Account No:     ANCHONDOCLAS |
|  | Statement No:              102 |

FDCPA class action lawsuit against Anderson

Interim Statement

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 11/24/2009 | | | | | |
| | RT | Review ACA's response brief on fees, make notes for reply brief | 195.00 | 0.90 | 175.50 |
| | RT | Email to Bragg re: arguments to make in reply brief in support of fee petition, logistics re: same | 195.00 | 0.40 | 78.00 |
| 12/01/2009 | | | | | |
| | RT | Work on reply in support of fee petition | 195.00 | 4.80 | 936.00 |
| 12/02/2009 | | | | | |
| | RT | Work on reply in support of fee petition | 195.00 | 5.50 | 1,072.50 |
| | RT | Respond to email from Court re: 12/16 hearing | 195.00 | 0.20 | 39.00 |
| | RT | Draft motion and order to allow extension of page limits for reply brief in support of motion for award of attorney fees and costs & fax and email same to opposing counsel | 195.00 | 0.30 | 58.50 |
| 12/03/2009 | | | | | |
| | RT | Call to Bragg re: ACA's request for new demand on fees | 195.00 | 0.10 | 19.50 |
| 12/04/2009 | | | | | |
| | RT | Revise reply brief in support of fee petition consistent with comments provided by Bragg | 195.00 | 0.60 | 117.00 |
| | RT | Review orders and settlement agreement re: notice responsibilities of Notice Feedback Administrator; prepare appropriate notice for filing | 195.00 | 0.60 | 117.00 |
| 12/07/2009 | | | | | |
| | RT | Call and emails to and from Dunn re: ACA's consent on motion to enlarge page limits for reply in support of motion for award of attorney fees and costs | 195.00 | 0.20 | 39.00 |
| | RT | Prepare reply brief in support of motion for attorney | | | |

|  |  |  | Page: 2 |
|---|---|---|---|
| Elsa Anchondo |  |  | 12/10/2009 |
|  |  | Account No: | ANCHONDOCLAS |
|  |  | Statement No: | 102 |
| FDCPA class action lawsuit against Anderson |  |  |  |

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | fees and costs for filing, including assembling exhibits | 195.00 | 0.20 | 39.00 |
| 12/08/2009 |  |  |  |  |
| RT | Dictate letter to ACA's counsel -- have not provided affidavit concerning notice by publication | 195.00 | 0.10 | 19.50 |
| RT | Email to Bragg re: Court's inquiry into necessity of fairness hearing | 195.00 | 0.70 | 136.50 |
| RT | Respond to email from Court re: necessity of fairness hearing | 195.00 | 0.10 | 19.50 |
| 12/10/2009 |  |  |  |  |
| RT | Draft supp declaration | 195.00 | 0.40 | 78.00 |
|  | For Current Services Rendered |  | 15.10 | 2,944.50 |
|  | Sales Tax on Services |  |  | 201.87 |

### Expenses

| 11/09/2009 | Online research Lexis Nexis | 27.90 |
|---|---|---|
| 12/07/2009 | Postage First Class x 3 | 5.19 |
| 12/10/2009 | Online research Lexis Nexis | 6.06 |
|  | Total Expenses | 39.15 |
|  | Total Current Work | 3,185.52 |
|  | Balance Due | $3,185.52 |

Draft Statement Run Totals 12/10/2009

|  | Statements Printed: | 1 |
|---|---|---|
|  | Hours: | 15.10 |
|  | Fees: | 2,944.50 |
|  | Expenses: | 39.15 |
|  | Fee Sales Tax: | 201.87 |
|  | Exp Sales Tax: | 0.41 |

|  | Rate | Taxed Fees | Fee Tax | Taxed Exps | Exp Tax | Taxed Advs | Adv Tax |
|---|---|---|---|---|---|---|---|
| (1) | 6.7500 | 448.50 | 30.27 | 6.06 | 0.41 |  |  |
| (2) | 6.8750 | 2,496.00 | 171.60 |  |  |  |  |