IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELSA ANCHONDO, on behalf of herself and
all others similarly situated,

       Plaintiff,

v.                                                                                            CV 08-0202 RB/WPL

ANDERSON, CRENSHAW, & ASSOCIATES,
L.L.C.,

       Defendant.

**ORDER**

Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Douglas G. Schneebeck) has filed a motion to withdraw as counsel for Defendant. (Doc. 110.) The motion does not comply with the Local Rules and will be denied.

Local Rule 83.4 provides that "[a] member of a firm may file a withdrawal of appearance from a particular case without meeting the requirements of D.N.M.LR-Civ. 83.8, provided that at least one member remains in the case." D.N.M.LR-Civ. 83.4(b). Douglas Schneebeck appears to be the only attorney from Modrall, Sperling, Roehl, Harris & Sisk, P.A. representing Defendant. Thus, his withdrawal must comply with Local Rule 83.8.

In the case of an unopposed motion to withdraw,[1] Rule 83.8 states,

> The motion to withdraw and proposed order must indicate the consent of the client represented by the withdrawing attorney and:
>     notice of appointment of substitute attorney; or
>     a statement of the client's intention to appear *pro se* and the client's address and telephone number.

---

[1] The motion states that it "has been circulated to all parties to this litigation and no opposition . . . has been communicated to counsel." (Doc. 110.)

D.N.M.LR-Civ. 83.8(a). Modrall, Sperling, Roehl, Harris & Sisk, P.A. is local counsel for the Dunn Law Firm. Accordingly, Rule 83.8 must be read in conjunction with Rule 83.3, which provides that when out of state counsel associates with a member of the Federal Bar for purposes of appearing in an action, "[t]he Federal Bar member must . . . continue in the action unless another Federal Bar member is substituted." D.N.M.LR-Civ. 83.3.

Because the motion does not indicate appointment of substitute local counsel, it does not comply with Local Rules 83.3 and 83.8 and is denied.

IT IS SO ORDERED.

*William P. Lynch*
WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

2